Form ntcfncurv – testntcfncurv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                         Case No.: 16−22355−JNP
                         Chapter: 13
                         Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Daniel P. Reigel | Danielle Reigel |
| --- | --- |
| 437 Concetta Drive | fka Danielle Grimmie |
| Mount Royal, NJ 08061 | 437 Concetta Drive |
| | Mount Royal, NJ 08061 |

Social Security No.:
  xxx−xx−6686                                     xxx−xx−2065

Employer's Tax I.D. No.:

**NOTICE OF RECEIPT OF RESPONSE TO
NOTICE OF FINAL CURE PAYMENT**

   TO: <u>Daniel P. Reigel and Danielle Reigel</u>
       Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under
Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: February 1, 2022
JAN: def

                                                                   <u>Jeanne Naughton, Clerk</u>