**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Daniel P. Reigel | Social Security number or ITIN  xxx–xx–6686 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Danielle Reigel | Social Security number or ITIN  xxx–xx–2065 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–22355–JNP | |

# Order of Discharge                                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Daniel P. Reigel                                Danielle Reigel
                                                fka Danielle Grimmie

2/4/22                                          **By the court:** Jerrold N. Poslusny Jr.
                                                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Daniel P. Reigel  
Danielle Reigel  
    Debtors

Case No. 16-22355-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Feb 04, 2022      Form ID: 3180W      Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel P. Reigel, Danielle Reigel, 437 Concetta Drive, Mount Royal, NJ 08061-1115 |
| 516257956 | | AAdvantage MasterCard, Card Services, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 516456349 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 516459754 | + | NATIONSTAR MORTGAGE LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 516257972 | + | Nationstar, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 516460397 | + | Nationstar Mortgage LLC, Bankruptcy Department, PO Box 619098, Dallas, TX 75261-9098 |
| 516464848 | + | TD Bank NA, c/o Schiller, Knapp, Lefkowitz, & Hertzel, LLP, 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302-3835 |
| 516257975 | | TD Bank, N.A., PO Box 16027, Lewiston, ME 04243-9513 |
| 516402313 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 04 2022 20:23:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 04 2022 20:23:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516257958 | | Email/PDF: bncnotices@becket-lee.com | Feb 04 2022 20:34:33 | American Express (Blue Sky), P.O. Box 1270, Newark, NJ 07101-1270 |
| 516347254 | | Email/PDF: bncnotices@becket-lee.com | Feb 04 2022 20:34:11 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516257959 | | EDI: BANKAMER.COM | Feb 05 2022 01:23:00 | Bank of America, P.O. Box 15019, Wilmington, DE 19886-5019 |
| 516257962 | | EDI: CITICORP.COM | Feb 05 2022 01:23:00 | Best Buy Credit Services, PO Box 9001007, Louisville, KY 40290-1007 |
| 516257963 | | EDI: CAPITALONE.COM | Feb 05 2022 01:23:00 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 516401249 | | Email/PDF: bncnotices@becket-lee.com | Feb 04 2022 20:34:49 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516257966 | | EDI: CITICORP.COM | Feb 05 2022 01:23:00 | Citi (Simplicity), P.O. Box 6004, Sioux Falls, SD 57117-6004 |
| 516257967 | | EDI: WFNNB.COM | Feb 05 2022 01:23:00 | Comenity - Lane Bryant, PO Box 659728, San Antonio, TX 78265-9728 |
| 516257971 | + | EDI: CITICORP.COM | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 516446790 | | EDI: Q3G.COM | Feb 05 2022 01:23:00 | Macy's, P.O. Box 8052, Mason, OH 45040-8052 |
| | | | Feb 05 2022 01:23:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516257968 | | EDI: DISCOVER.COM | Feb 05 2022 01:23:00 | Discover, PO Box 6103, Carol Stream, IL 60197-6103 |
| 516270620 | | EDI: DISCOVER.COM | Feb 05 2022 01:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516257964 | | EDI: JPMORGANCHASE | Feb 05 2022 01:23:00 | Chase (Slate), P.O. Box 15298, Wilmington, DE 19850-5298 |
| 516257965 | | EDI: JPMORGANCHASE | Feb 05 2022 01:23:00 | Chase (Southwest), P.O. Box 15298, Wilmington, DE 19850-5298 |
| 516257969 | | Email/Text: PBNCNotifications@peritusservices.com | Feb 04 2022 20:22:00 | Kohl's Payment Center, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 516449088 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2022 20:34:39 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519011444 | + | EDI: AISMIDFIRST | Feb 05 2022 01:23:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 519011443 | + | EDI: AISMIDFIRST | Feb 05 2022 01:23:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 516389523 | + | EDI: MID8.COM | Feb 05 2022 01:23:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 516465750 | | EDI: PRA.COM | Feb 05 2022 01:23:00 | Portfolio Recovery Associates, LLC, c/o AADVANTAGE AVIATOR RED, PO Box 41067, Norfolk, VA 23541 |
| 516464846 | | EDI: PRA.COM | Feb 05 2022 01:23:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 516393578 | | EDI: Q3G.COM | Feb 05 2022 01:23:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516257973 | | EDI: RMSC.COM | Feb 05 2022 01:23:00 | Synchrony Bank (GAP Visa), Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 516257974 | | EDI: RMSC.COM | Feb 05 2022 01:23:00 | Synchrony Bank (Toys R Us), Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516257957 | * | AAdvantage MasterCard, Card Services, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 516257960 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, P.O. Box 15019, Wilmington, DE 19886-5019 |
| 516257961 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886 |
| 516257970 | * | Kohl's Payment Center, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 516257976 | ##+ | TD Retail Card Services (Raym & Flan), PO Box 731, Mahwah, NJ 07430-0731 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

Case 16-22355-JNP    Doc 51    Filed 02/06/22    Entered 02/07/22 00:15:21    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 04, 2022 | Form ID: 3180W | Total Noticed: 35 |

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 06, 2022       Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Nationstar Mortgage LLC ewassall@logs.com  njbankruptcynotifications@logs.com;logsecf@logs.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jay S. Lowenthal | on behalf of Debtor Daniel P. Reigel jay@lowenthal-law.com  jay@southjerseylegal.com;lowenthaljr85391@notify.bestcase.com |
| Jay S. Lowenthal | on behalf of Joint Debtor Danielle Reigel jay@lowenthal-law.com  jay@southjerseylegal.com;lowenthaljr85391@notify.bestcase.com |

TOTAL: 6